IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case No. 14-22777GLT |
| Daniel Kowalo, Sr. | ) | Chapter 13 |
| | ) | |
| Debtor(s) | ) | |
| | ) | Related to Docket No. 77 |
| Ronda J. Winnecour, Chapter 13 Trustee | ) | Hearing Set for 11/6/2019 at 10:00 AM |
| Movant(s) | ) | |
| Vs. | ) | |
| Daniel Kowalo, Sr. | ) | |
| | ) | |
| Respondent(s) | ) | |

NOTICE OF HEARING ON MOTION OF TRUSTEE FOR DISMISSAL

[Not for publication by any newspaper creditor]

TO ALL PARTIES IN INTEREST:

Notice is hereby given pursuant to Bankruptcy Rule 1017 that the Trustee shall separately serve on the debtor(s) a Motion to Dismiss the Chapter 13 Case.

If no response is timely filed from any party of interest, the motion will be granted by default without a hearing. If a written response is timely filed, a hearing on the Trustee's motion will be held on **November 06, 2019 at 10:00 a.m. before Judge Gregory L. Taddonio in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania.** Any party wishing to be heard at the hearing on the Trustee's Motion to Dismiss should file a written response on or before **October 09, 2019.**

|  |  |
|---|---|
| 9-19-19 | /s/ Ronda J. Winnecour |
| Date | Ronda J. Winnecour (PA I.D.#30399) |
| | Attorney and the Chapter 13 Trustee |
| | U.S. Steel Tower – Suite 3250 |
| | 600 Grant Street |
| | Pittsburgh, PA  15219 |
| | cmecf@chapter13trusteewdpa.com |

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                      Case No. 14-22777-GLT
Daniel Kowalo, Sr.                                                          Chapter 13
        Debtor
                                      CERTIFICATE OF NOTICE
District/off: 0315-2         User: dbas                   Page 1 of 2                  Date Rcvd: Sep 20, 2019
                             Form ID: pdf900              Total Noticed: 19


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 22, 2019.
db             #+Daniel Kowalo, Sr.,    104 Cowden Road,   Mc Donald, PA 15057-2477
13953989       ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
                 (address filed with court:   Columbia Gas of Ohio, Inc.,    P.O. Box 117,   Columbus, OH 43216)
13885319        +Cecil Twp Municipal Authority,    c/o Nicholas L Romel, Esq.,    519 Court Place,
                  Pittsburgh, PA 15219-2002
13885320        +Citifinancial Mortgage,    P.O. Box 6243,   Sioux Falls, SD 57117-6243
13885321        +Columbia Gas,    P.O. Box 910,   Smithfield, PA 15478-0910
13885324        +ER Solutions / Comcast,    Po Box 9004,   Renton, WA 98057-9004
13885326        +Jb Robinson,    Attn: Bankruptcy,    Po Box 1799,   Akron, OH 44309-1799
13885328        +NCO Financial Systems, Inc. / ZTEL,    100 Fleet Street, 3rd Floor,    Pittsburgh, PA 15220-2928
13885327        +National City Mortgage Co.,    c/o Mark J Udren, Esq.,    111 Woodcrest Road, Suite 200,
                  Cherry Hill, NJ 08003-3620
13950066        +PNC Bank, N.A.,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
13885323        +eCast Settlement Corp.,    P.O. Box 35480,    Newark, NJ 07193-5480

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13885318        +E-mail/Text: EBNProcessing@afni.com Sep 21 2019 03:03:53      AFNI / Verizon,   404 Brock Drive,
                  Bloomington, IL 61701-3963
13918816         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 21 2019 03:02:37
                  American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                  Oklahoma City, OK   73124-8838
13885322        +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 21 2019 03:03:35       Commonwealth of PA,
                  Bureau of Compliance,    Dept. 280948,   Harrisburg, PA 17128-0001
13885325        +E-mail/Text: fsncustbrnotice@fullservicenetwork.com Sep 21 2019 03:03:18
                  Full Service Network,    600 Grant St Fl 30,    Pittsburgh, PA 15219-2709
13902746         E-mail/Text: bnc-quantum@quantum3group.com Sep 21 2019 03:03:32
                  Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,   Kirkland, WA   98083-0788
13885329        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 21 2019 03:03:13
                  Verizon Penn,    P.O. box 25505,    Lehigh Valley, PA 18002-5505
13904512        +E-mail/Text: bankruptcy@firstenergycorp.com Sep 21 2019 03:03:49       West Penn Power,
                  1310 Fairmont Ave,    Fairmont, WV 26554-3526
13885330        +E-mail/Text: bankruptcy@firstenergycorp.com Sep 21 2019 03:03:49       West Penn Power,
                  800 Cabin Hill Drive,    Greensburg, PA 15606-0001
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PNC BANK, N.A.
cr              PNC Bank, N.A.
cr              PNC Bank, National Association
                                                                                              TOTALS: 3, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2019                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0315-2          User: dbas              Page 2 of 2          Date Rcvd: Sep 20, 2019
                              Form ID: pdf900         Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2019 at the address(es) listed below:

    David A. Rice    on behalf of Debtor Daniel  Kowalo, Sr. ricelaw1@verizon.net, lowdenscott@gmail.com
    Elizabeth Lamont Wassall    on behalf of Creditor    PNC Bank, National Association pabk@logs.com, ewassall@logs.com
    Elizabeth Lamont Wassall    on behalf of Creditor    PNC BANK, N.A. pabk@logs.com, ewassall@logs.com
    James  Warmbrodt    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
    Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
    Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
    Scott R. Lowden    on behalf of Debtor Daniel  Kowalo, Sr. niclowlgl@comcast.net
    Stuart P. Winneg    on behalf of Creditor    PNC BANK, N.A. swinneg@udren.com,  cblack@udren.com

                                                                                           TOTAL: 8