Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Daniel Kowalo Sr.** : | Case No. 14−22777−GLT |
| *Debtor(s)* : | Chapter: 13 |
| : | |
| : | |
| : | Related to Docket No. 77 |
| : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this ***The 16th of October, 2019,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                         Case No. 14-22777-GLT
Daniel Kowalo, Sr.                                                             Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2            User: dbas                  Page 1 of 2            Date Rcvd: Oct 16, 2019
                                Form ID: 309                Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 18, 2019.
db              #+Daniel Kowalo, Sr.,    104 Cowden Road,   Mc Donald, PA 15057-2477
13953989        ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
                  (address filed with court:   Columbia Gas of Ohio, Inc.,    P.O. Box 117,   Columbus, OH 43216)
13885319        +Cecil Twp Municipal Authority,    c/o Nicholas L Romel, Esq.,    519 Court Place,
                  Pittsburgh, PA 15219-2002
13885320        +Citifinancial Mortgage,    P.O. Box 6243,   Sioux Falls, SD 57117-6243
13885321        +Columbia Gas,    P.O. Box 910,   Smithfield, PA 15478-0910
13885324        +ER Solutions / Comcast,    Po Box 9004,   Renton, WA 98057-9004
13885326        +Jb Robinson,    Attn: Bankruptcy,    Po Box 1799,   Akron, OH 44309-1799
13885328        +NCO Financial Systems, Inc. / ZTEL,    100 Fleet Street, 3rd Floor,    Pittsburgh, PA 15220-2928
13885327        +National City Mortgage Co.,    c/o Mark J Udren, Esq.,   111 Woodcrest Road, Suite 200,
                  Cherry Hill, NJ 08003-3620
13950066        +PNC Bank, N.A.,    3232 Newmark Drive,   Miamisburg, OH 45342-5421

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13885318        +EDI: AFNIRECOVERY.COM Oct 17 2019 07:23:00      AFNI / Verizon,    404 Brock Drive,
                  Bloomington, IL 61701-3963
13918816         EDI: AIS.COM Oct 17 2019 07:23:00      American InfoSource LP as agent for,    Verizon,
                  PO Box 248838,   Oklahoma City, OK 73124-8838
13885322        +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 17 2019 03:55:46      Commonwealth of PA,
                  Bureau of Compliance,   Dept. 280948,    Harrisburg, PA 17128-0001
13885325        +E-mail/Text: fsncustbrnotice@fullservicenetwork.com Oct 17 2019 03:54:47
                  Full Service Network,   600 Grant St Fl 30,    Pittsburgh, PA 15219-2709
13902746         EDI: Q3G.COM Oct 17 2019 07:23:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                  PO Box 788,   Kirkland, WA 98083-0788
13885329        +EDI: VERIZONCOMB.COM Oct 17 2019 07:23:00      Verizon Penn,    P.O. box 25505,
                  Lehigh Valley, PA 18002-5505
13904512        +E-mail/Text: bankruptcy@firstenergycorp.com Oct 17 2019 03:56:08      West Penn Power,
                  1310 Fairmont Ave,   Fairmont, WV 26554-3526
13885330        +E-mail/Text: bankruptcy@firstenergycorp.com Oct 17 2019 03:56:08      West Penn Power,
                  800 Cabin Hill Drive,   Greensburg, PA 15606-0001
13885323        +EDI: ECAST.COM Oct 17 2019 07:23:00      eCast Settlement Corp.,    P.O. Box 35480,
                  Newark, NJ 07193-5480
                                                                                                 TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PNC BANK, N.A.
cr              PNC Bank, N.A.
cr              PNC Bank, National Association
                                                                                   TOTALS: 3, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2019                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0315-2           User: dbas              Page 2 of 2            Date Rcvd: Oct 16, 2019
                               Form ID: 309            Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2019 at the address(es) listed below:

          David A. Rice    on behalf of Debtor Daniel  Kowalo, Sr. ricelaw1@verizon.net, lowdenscott@gmail.com
          Elizabeth Lamont Wassall    on behalf of Creditor    PNC Bank, National Association pabk@logs.com, ewassall@logs.com
          Elizabeth Lamont Wassall    on behalf of Creditor    PNC BANK, N.A. pabk@logs.com, ewassall@logs.com
          James  Warmbrodt    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Scott R. Lowden    on behalf of Debtor Daniel  Kowalo, Sr. niclowlgl@comcast.net
          Stuart P. Winneg    on behalf of Creditor    PNC BANK, N.A. swinneg@udren.com,   cblack@udren.com

TOTAL: 8