**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

DANIEL KOWALO, SR.                                    Case No.:14-22777 GLT

        Debtor(s)

Ronda J. Winnecour                                    Document No.:
        Movant
     vs.
No Respondents.

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 07/08/2014  and confirmed on 09/29/2014 .  The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 104,614.00 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 104,609.00 |
| | | |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 5,998.24 | |
|     Trustee Fee | 4,348.17 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 10,346.41 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   PNC BANK NA | 0.00 | 44,151.19 | 0.00 | 44,151.19 |
|     Acct: 6409 | | | | |
|   PNC BANK NA | 39,847.76 | 36,723.21 | 0.00 | 36,723.21 |
|     Acct: 6409 | | | | |
|   CECIL TOWNSHIP MUNICIPAL AUTHORITY | 6,200.00 | 5,573.05 | 1,354.24 | 6,927.29 |
|     Acct: 9999 | | | | |
|   CECIL TOWNSHIP MUNICIPAL AUTHORITY | 2,830.00 | 2,543.82 | 618.14 | 3,161.96 |
|     Acct: 6676 | | | | |
|   PA DEPARTMENT OF REVENUE* | 1,069.52 | 1,069.52 | 239.38 | 1,308.90 |
|     Acct: XXXXXXXX6:09 | | | | |
|   QUANTUM3 GROUP LLC AGNT - MOMA FUI | 278.61 | 244.99 | 99.05 | 344.04 |
|     Acct: 4833 | | | | |
|   CITIFINANCIAL (RE*)++ | 1,500.00 | 1,500.00 | 146.00 | 1,646.00 |
|     Acct: XXXXX1614 | | | | |
| | | | | 94,262.59 |
| Priority | | | | |
|   SCOTT R LOWDEN ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| 14-22777 GLT | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |

**Priority**

| Creditor | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| DANIEL KOWALO, SR.<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| DANIEL KOWALO, SR.<br>Acct: | 5.00 | 5.00 | 0.00 | 0.00 |
| RICE AND ASSOCIATES<br>Acct: | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
| DAVID A RICE ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| NICOTERO & LOWDEN PC<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| RICE AND ASSOCIATES<br>Acct: XXXXXXXXXXXXXXXXXXXXXXXX4-18 | 2,028.14 | 2,028.14 | 0.00 | 0.00 |
| RICE AND ASSOCIATES<br>Acct: XXXXXXXXXXXXXXXXXXXXXXXX6-18 | 970.10 | 970.10 | 0.00 | 0.00 |

* * * N O N E * * *

**Unsecured**

| Creditor | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| AMERICAN INFOSOURCE LP AGENT FOR V<br>Acct: 9710 | 101.16 | 0.00 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORP<br>Acct: 3076 | 0.00 | 0.00 | 0.00 | 0.00 |
| ER SOLUTIONS INC++<br>Acct: XXXX3655 | 0.00 | 0.00 | 0.00 | 0.00 |
| FULL SERVICE NETWORK<br>Acct: XXXXX5846 | 0.00 | 0.00 | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC(*)++<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| VERIZON WIRELESS<br>Acct: XXXXXXXX4908 | 0.00 | 0.00 | 0.00 | 0.00 |
| WEST PENN POWER*<br>Acct: 6066 | 4,013.02 | 0.00 | 0.00 | 0.00 |
| COLUMBIA GAS OF OHIO INC<br>Acct: X11-6 | 17,488.84 | 0.00 | 0.00 | 0.00 |
| JAMES C WARMBRODT ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

* * * N O N E * * *

TOTAL PAID TO CREDITORS                                                                94,262.59

TOTAL CLAIMED
PRIORITY            0.00
SECURED         51,725.89
UNSECURED      21.603.02

Date: 11/07/2019                                          /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com